**ICU MEDICAL, INC., Plaintiff–Appellant,**

v.

**ALARIS MEDICAL SYSTEMS, INC., Defendant–Appellee.**

No. 2007–1225.

United States Court of Appeals, Federal Circuit.

April 16, 2007.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

**Landa P. MacDONALD, Claimant–Appellant,**

v.

**R. James NICHOLSON, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 2006–7008.

United States Court of Appeals, Federal Circuit.

April 17, 2007.

*ORDER*

Landa P. MacDonald has complied with the court order of March 15, 2007.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The court's February 12, 2007 order of dismissal and the mandate are, vacated and recalled, and the petition for review is reinstated.

(2) The Secretary of Veterans Affairs should compute the due date for the filing its brief from the date of filing of this order.

**Christopher P. SANTOS, Appellant,**

v.

**Michael D. HECHT, Appellee.**

No. 2006–1430.

United States Court of Appeals, Federal Circuit.

April 17, 2007.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).